**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

JUDGE CASTEL

---

| | |
|---|---|
| South China Insurance Co., Ltd. a/s/o Nien Hseng Textile Co., Ltd. | Plaintiff, |
| **-v-** | |
| Crowley Maritime Corporation d/b/a/ Crowley Liner Services Inc. | |
| | Defendant. |

08 CV 7433

Case No. 08 CV _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

South China Insurance Co., Ltd. aso Nien Hseng Textile    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Parent Corporation: Hua Nan Financial Holdings Co., Ltd. (Taiwan Stock Exchange - Code 2880)

Subsidiaries:
South China Insurance Co., Ltd.
Hua Nan Commercial Bank
Hua Nan Bills Finance
Hua Nan Investment Trust
Hua Nan Securities

AUG 2 2 2008
U.S D.C S.D.N.Y.
CASHIERS

**Date:** 8/21/08 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** ER 2473 _____

Form Rule7_1.pdf  SDNY Web 10/2007